**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RAFEL D. ROGERS,

Plaintiff,

v. Case No. 8:26-cv-2613-JLB-NHA

STATE OF FLORIDA, *et al.*,

Defendants.
______________________________/

**ORDER OF DISMISSAL**

Rogers initiated this action by filing a *pro se* complaint (Doc. 1) in which he seeks an order from this Court directing the State of Florida to bring criminal charges against two deputies for committing perjury and falsifying records. After screening the complaint under 28 U.S.C. § 1915(e)(2),[1] the Court has determined that it must be dismissed for failure to state a claim on which relief may be granted.

This Court is without authority to order an investigation into criminal acts allegedly committed by the deputy defendants. *See Logan v. Hall*, 604 F. App'x 838, 841 (11th Cir. 2015), citing *United States v. Smith*, 231 F.3d 800, 807

[1] The Court construes Rogers's failure to pay the filing fee as a request to proceed *in forma pauperis*.

(11th Cir. 2000) (noting that the Constitution entrusts the decision on which crimes and criminals to prosecute to the executive branch).

Accordingly, the complaint (Doc. 1) is **DISMISSED** for failure to state a claim upon which relief can be granted. The Clerk must close this case.

**DONE and ORDERED in Tampa, Florida, on September 10, 2026.**

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE